**Order entered February 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01150-CR**

**STANLEY GERALD CHAMP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-11252-86-F**

**ORDER**

Appointed counsel Taryn Davis's February 6, 2023 motion to withdraw as counsel is **GRANTED**. The Clerk is **DIRECTED** to **REMOVE** Taryn Davis as counsel for appellant and to **SUBSTITUTE** Gary Udashen as counsel for appellant. All future correspondence should be sent to Gary Udashen as appellant's counsel.

Taryn Davis's January 23, 2023 motion for counsel to withdraw and substitution of new counsel is **DENIED** as moot. Taryn Davis's February 6, 2023

request for ruling on counsel to withdraw and substitution of new counsel is also **DENIED** as moot.

We **DIRECT** the Clerk to send copies of this order to Taryn Davis, attorney; Gary Udashen, attorney; and Jennifer Ponder, Assistant Criminal District Attorney, Kaufman County.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Stanley Gerald Champ, TDCJ No. 0240146, Ellis Unit, 1697 FM 980; Huntsville, Texas, 77343.

/s/    NANCY KENNEDY
              JUSTICE